# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

March 29, 2007

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704

Jack L. Wagner, Clerk
U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
5408 United States Courthouse
1130 "O" Street
Fresno, CA 93721

APR - 3 2007

IN RE:     ASBESTOS PRODUCTS LIABILITY LITIGATION
MDL 875 CTO-275; ED-CA, 1:07-85

Dear Clerk:

      The enclosed Conditional Transfer Order is being sent to you regarding the involved action listed above. This case has been properly identified as multi district litigation asbestos cases. However, pursuant to the opinion and order of 7/29/91, 771 F.Supp. 415, our court is not accepting the original records and/or docket responsibility on the involved 93,000 actions.

## PLEASE DO NOT FORWARD A CERTIFIED DOCKET OR A CERTIFIED COPY OF THE TRANSFER ORDER TO THIS DISTRICT.

      Please continue to process the litigation in your court, per the opinion, pretrial and administrative orders. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

Tom Dempsey

Tom Dempsey
MDL Docketing Clerk

Enclosure

A CERTIFIED TRUE COPY

MAR 2 6 2007

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 8 2007

FILED
CLERK'S OFFICE

*DOCKET NO. 875*

*JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-275)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,832 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 2 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 3.29.07
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

# SCHEDULE CTO-275 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS WESTERN** | |
| ~~ARW 2 07-2004~~ | ~~Eddie Joe Wooten, et al. v. CertainTeed Corp., et al.~~ Opposed 3/23/07 |
| **CALIFORNIA EASTERN** | |
| CAE 1 07-85 | Calvin Hobbs v. Burlington Northern & Santa Fe Railway Co. |
| **CALIFORNIA NORTHERN** | |
| ~~CAN 3 07-241~~ | ~~Carla Groce, et al. v. Todd Shipyards Corp., et al.~~ Opposed 3/21/07 |
| ~~CAN 3 07-702~~ | ~~Geraldine Burton, et al. v. A.W. Chesterton Co., et al.~~ Opposed 3/26/07 |
| **FLORIDA NORTHERN** | |
| FLN 3 06-479 | James Timothy Prescott, etc. v. A.W. Chesterton Co., et al. |
| **ILLINOIS CENTRAL** | |
| ILC 1 06-1308 | Nadra O'Keefe, etc. v. AGA Gas Inc., et al. |
| **ILLINOIS SOUTHERN** | |
| ~~ILS 3 06-1058~~ | ~~Jack Franklin v. CSX Transportation, Inc.~~ Opposed 3/23/07 |
| ILS 3 07-1 | Steven Gray, et al. v. BNSF Railway Co. |
| **KENTUCKY WESTERN** | |
| KYW 3 07-65 | Robert Moeller, et al. v. Garlock Sealing Technologies, LLC, et al. |
| **LOUISIANA EASTERN** | |
| LAE 2 06-10560 | Auter Earl Barney v. Insurance Co. of North America., et al. |
| ~~LAE 2 07-577~~ | ~~Shirley Sommers, et al. v. Air Liquide-Big Three, Inc., et al.~~ Vacated 3/22/07 |
| **MASSACHUSETTS** | |
| MA 1 05-11149 | Robert Grazioso, et al. v. Metropolitan Life Insurance Co., et al. |
| MA 1 06-10270 | Gary Anderson, etc. v. A.W. Chesterton Co., et al. |
| MA 1 06-11064 | Pamela V. Koger v. A.W. Chesterton Co., et al. |
| MA 1 06-11148 | John F Welch, Jr., etc. v. Metropolitan Life Insurance Co., et al. |
| **MARYLAND** | |
| ~~MD 1 06-3319~~ | ~~Linda Hudson, et al. v. Rapid-American Corp., et al.~~ Opposed 3/26/07 |
| **MISSOURI WESTERN** | |
| MOW 6 06-3472 | Larry F. Schauf, et al. v. 3M Co., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 07-20 | Robert Irving v. ITT Corp., et al. |
| MSS 1 07-23 | Felicia White, et al. v. Owens-Illinois, Inc., et al. |
| MSS 1 07-59 | Lula Adams Grant v. William Powell International Sales Corp., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 07-56 | Peggy R. Morgan v. Borg-Warner Corp., et al. |
| NCM 1 07-101 | John Wilburn Sheets, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 07-102 | Brenda T. Caudle, etc. v. Aqua-Chem, Inc., et al. |

SCHEDULE CTO-275 - TAG ALONG ACTIONS - MDL-875                    Page 2 of 5

DIST. DIV. C.A. #              CASE CAPTION

NORTH CAROLINA MIDDLE

   NCM 1  07-105              Grady Vernon Holmes v. Aqua-Chem, Inc., et al.
   NCM 1  07-107              Carl Vernon Allmon, et al. v. Aqua-Chem, Inc., et al.
   NCM 1  07-116              Alden Bryan Pearson, Jr., et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
   NCW 1  07-4                Jerry Richard Alexander, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  07-5                Vincent Jerome Brooks, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  07-6                Ricky Alexander Cherry, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  07-7                Paul Rudisill Dellinger, Jr., et al. v. Aqua-Chem, Inc., et al.
   NCW 1  07-8                James Purser Sherrill, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  07-10               Clarence B. Beard, III, et al. v. 3M Co., et al.
   NCW 1  07-13               Johnny James Thrasher, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  07-14               Abraham Norris, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  07-15               Wayne Gordon Murphy, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  07-25               Roland William Hager, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  07-26               Wade Christopher Kastner, Sr., et al. v. Aqua-Chem, Inc., et al.
   NCW 1  07-27               John Lester Little, Jr., et al. v. Aqua-Chem, Inc., et al.
   NCW 1  07-29               Gene Alphonso McConneaughey v. Aqua-Chem, Inc., et al.
   NCW 1  07-30               David Steven Miller, et al.v. Aqua-Chem, Inc., et al.
   NCW 1  07-31               Todd Howard Sherrill v. Aqua-Chem, Inc., et al.
   NCW 1  07-33               Ernest Blanton Koone, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  07-34               Anthony Dean Hardin, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  07-35               Stephen Andrew Kularski, et al. v Aqua-Chem, Inc., et al.
   NCW 1  07-36               Boyd T. Towery, Jr. v. 3M Co., et al.
   NCW 1  07-37               Kenneth Alan McAlister, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  07-38               Dean McCorkle, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  07-39               Bobby Allen Sims, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  07-46               Randy L. Johnson v. 3M Co., et al.
   NCW 1  07-48               Carroll Lee Munday, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  07-49               Randy Eugene Arrowood, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  07-50               Ronald Lee Hamrick, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  07-51               Dennis Trevior McDowell, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  07-52               James Thomas Honeycutt, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  07-55               Michael E. Tuttle, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  07-57               Linda Faye Bishop v. Aqua-Chem, Inc., et al.
   NCW 1  07-58               James Richard Hood, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  07-59               Reggie Blake Norman, et al. v. Aqua-Chem, Inc., et al.
   NCW 1  07-60               Terry Alvin Devine, Sr., et al. v. Aqua-Chem, Inc., et al.

NEW YORK EASTERN
   NYE 1  07-258              Charles B. Young, et al. v. A.W. Chesterton Co., et al.
   NYE 1  07-260              Lionel E. Cripe, et al. v. A.W. Chesterton Co., et al.
   NYE 1  07-261              Sari J. Gabrielli, etc. v. A.W. Chesterton Co., et al.
   NYE 1  07-262              Bea Aguilar, etc. v. A.W. Chesterton Co., et al.
   NYE 1  07-273              William Prestis, Sr., et al. v. A.W. Chesterton Co., et al.
   NYE 1  07-359              Arlene D. Welch, etc. v. A.W. Chesterton Co., et al.
   NYE 1  07-360              Eleanor Koerner, etc. v. A.W. Chesterton Co., et al.

NEW YORK SOUTHERN
   ~~NYS 1  06-15395~~        ~~Talbot P. Frawley, et al. v. General Electric Co., et al.~~ Opposed 3/23/07

OHIO NORTHERN
   OHN 1  06-10006             Rovert E. Ferguson, et al. v. Lorillard Tobacco Co., Inc., et al.

SCHEDULE CTO-275 - TAG ALONG ACTIONS - MDL-875             Page 3 of 5

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **PENNSYLVANIA WESTERN** | |
| PAW 2 07-40 | Dorsey D. Weikert, Jr. v. Consolidated Rail Corp., et al. |
| **SOUTH CAROLINA** | |
| SC 0 07-30 | Walter Steve Robinson, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 07-34 | Roger Dale Melton, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 07-240 | Kenneth Wayne McDonald, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 07-242 | Wayne Brian Madsen, et al v. Aqua-Chem, Inc., et al. |
| SC 0 07-257 | Neil Mitchell Nolen, et al v. Aqua-Chem, Inc., et al. |
| SC 0 07-258 | Howard Benjamin Hodge, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 07-348 | Harold Gene Heath, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 07-440 | Fred Ray Baker, Sr., et al. v. Aqua-Chem, Inc., et al. |
| SC 2 06-1113 | Joann P. Howard, etc. v. Owens-Illinois, Inc., et al. |
| SC 2 07-337 | Harold L. Albertson, et al. v. Bayer CropScience, Inc., et al. |
| SC 2 07-338 | James Herman Collins v. Bayer CropScience, Inc., et al. |
| SC 2 07-468 | Thelma G. Campbell, etc. v. Owen-Illinois, Inc., et al. |
| SC 6 07-241 | Ernest Hoyt Horne, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 07-32 | Mickey Lane Standridge, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 07-33 | James Edward Parker, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 07-36 | Roy Wade Seagle, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 07-367 | Dennis Silvers, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 07-393 | William E. Dover, et al. v. Aqua-Chem Inc., et al. |
| SC 7 07-439 | Billy Ray Gordon, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-570 | Walter David James, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-941 | William Maurice Gould, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-942 | William Robert Cowart, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-29 | Stanley Roberts Pope, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-239 | Tommy Joe King v. Aqua-Chem, Inc., et al. |
| SC 8 07-256 | Dennis Hayden McCall, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-435 | Donny Edward Stewart, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-436 | Horace Alfred Kelley, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-437 | Curtis Clinton Mitchum, Jr., et al. v. Aqua-Chem, Inc., et al. |
| **TEXAS NORTHERN** | |
| TXN 4 07-82 | Marsha Geffert, et al. v. CertainTeed Corp., et al. |
| **TEXAS SOUTHERN** | |
| TXS 4 07-130 | Allan Cardwell, et al. v. The Boeing Co., et al. |
| **VIRGINIA EASTERN** | |
| VAE 2 06-9103 | Richard W. Grapes v. American Standard, Inc., et al. |
| VAE 2 06-9104 | Gordon W. Jones v. American Standard, Inc., et al. |
| VAE 2 06-9105 | William H. Monroe, Jr., etc. (Floyd Raymond Skangel) v. American Standard, Inc., et al. |
| VAE 2 06-9106 | Lucy S. Ward v. American Standard, Inc., et al. |
| VAE 2 06-9107 | Margie E. Birmingham v. American Standard, Inc., et al. |
| VAE 2 06-9108 | Roberto P. Gallegos v. American Standard, Inc., et al. |
| VAE 2 06-9109 | Terry D. Nealey v. American Standard, Inc., et al. |
| VAE 2 06-9110 | Richard B. Nelson v. American Standard, Inc., et al. |
| VAE 2 06-9111 | Floyd C. Olson v. American Standard, Inc., et al. |
| VAE 2 06-9112 | Charles L. Papke v. American Standard, Inc., et al. |
| VAE 2 06-9113 | Leon R. Paquette v. American Standard, Inc., et al. |
| VAE 2 06-9114 | James H. Rickard v. American Standard, Inc., et al. |
| VAE 2 06-9115 | George D. Ryan v. American Standard, Inc., et al. |
| VAE 2 06-9116 | Willus C. Stream v. American Standard, Inc., et al. |

SCHEDULE CTO-275 - TAG ALONG ACTIONS - MDL-875                                                Page 4 of 5

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **VIRGINIA EASTERN** | |
| VAE 2 06-9117 | Lawrence R. Watters v. American Standard, Inc., et al. |
| VAE 2 06-9118 | Leroy White v. American Standard, Inc., et al. |
| VAE 2 06-9119 | Eulalio Flores v. American Standard, Inc., et al. |
| VAE 2 06-9120 | James A. Fowlkes v. American Standard, Inc., et al. |
| VAE 2 06-9121 | Venice Linville v. American Standard, Inc., et al. |
| VAE 2 06-9122 | Andrew G. Matson v. American Standard, Inc., et al. |
| VAE 2 06-9123 | Justin E. Miller v. Norfolk Southern Railway Co. |
| VAE 2 06-9124 | Tom K. Wilson v. American Standard, Inc., et al. |
| VAE 2 06-9125 | Darwin W. Bales v. Norfolk Southern Railway Co. |
| VAE 2 06-9126 | Joseph D. Broadhurst, Sr. v. Norfolk Southern Railway Co. |
| VAE 2 06-9127 | Kit H. Loveless v. Norfolk Southern Railway Co. |
| VAE 2 06-9128 | James M. Nickell v. Norfolk Southern Railway Co. |
| VAE 2 07-9129 | Lorenzo G. Dominguez v. American Standard, Inc., et al. |
| VAE 2 07-9130 | James C. Frizzell v. American Standard, Inc., et al. |
| VAE 2 07-9131 | Richard J. Gordon v. American Standard, Inc., et al. |
| VAE 2 07-9132 | M. Edward Heckman v. American Standard, Inc., et al. |
| VAE 2 07-9133 | Arnold W. Hellenberg v. American Standard, Inc., et al. |
| VAE 2 07-9134 | Gilbert S. Hernandez v. American Standard, Inc., et al. |
| VAE 2 07-9135 | Donald E. Jenkins v. American Standard, Inc., et al. |
| VAE 2 07-9136 | Charles L. Kunkleman v. American Standard, Inc., et al. |
| VAE 2 07-9137 | Curtis E. McMorris v. American Standard, Inc., et al. |
| VAE 2 07-9138 | James A. Miller v. American Standard, Inc., et al. |
| VAE 2 07-9139 | Raymond J. Peters v. American Standard, Inc., et al. |
| VAE 2 07-9140 | James M. Phillips v. American Standard, Inc., et al. |
| VAE 2 07-9141 | John T. Swaine v. American Standard, Inc., et al. |
| VAE 2 07-9142 | Ivan Conder v. American Standard, Inc., et al. |
| VAE 2 07-9143 | Thomas C. Ford v. American Standard, Inc., et al. |
| VAE 2 07-9144 | C. L. Hughes v. American Standard, Inc., et al. |
| VAE 2 07-9145 | Paul H. Jean v. American Standard, Inc., et al. |
| VAE 2 07-9146 | Harry L. O'Donnell v. American Standard, Inc., et al. |
| VAE 2 07-9147 | Jack G. O'Donnell v. American Standard, Inc., et al. |
| VAE 2 07-9148 | Clarence W. Pierce v. American Standard, Inc., et al. |
| VAE 2 07-9149 | Carl L. Stewart v. American Standard, Inc., et al. |
| VAE 2 07-9150 | Clifford M. Holwegner v. American Standard, Inc., et al. |
| VAE 2 07-9151 | Richard L. Beasley v. American Standard, Inc., et al. |
| VAE 2 07-9152 | Robert P. Carpineta v. American Standard, Inc., et al. |
| VAE 2 07-9153 | Ronald J. Curin v. American Standard, Inc., et al. |
| VAE 2 07-9154 | Jesse R. Garcia v. American Standard, Inc., et al. |
| VAE 2 07-9155 | William H. Monroe, Jr., etc. (Ronald M. Jones, Jr.) v. American Standard, Inc., et al. |
| VAE 2 07-9156 | Alton J. Hardaway v. American Standard, Inc., et al. |
| VAE 2 07-9157 | Jose L. Otero v. American Standard, Inc., et al. |
| VAE 2 07-9158 | Karl D. Rimer, Sr. v. American Standard, Inc., et al. |
| VAE 2 07-9159 | Donald T. Throenle, Sr. v. American Standard, Inc., et al. |
| VAE 2 07-9160 | Thomas H. Tillett v. American Standard, Inc., et al. |
| VAE 2 07-9161 | Doran R. Brechmann, Sr. v. American Standard, Inc., et al. |
| VAE 2 07-9162 | Calvin S. Redford v. American Standard, Inc., et al. |
| ~~VAE 3 07-68~~ | ~~Barbara Anne Anderson v. Alfa Laval, Inc., et al.~~ Opposed 3/21/07 |
| **WASHINGTON WESTERN** | |
| WAW 2 06-1819 | Frances Baker, et al. v. C.H. Murphy/Clark-Ullman, Inc., et al. |
| **WISCONSIN EASTERN** | |
| WIE 2 06-1169 | Edmund L. Scheffel v. Dynegy Corp., et al. |

SCHEDULE CTO-275 - TAG ALONG ACTIONS - MDL-875               Page 5 of 5

DIST. DIV. C.A. #            CASE CAPTION

WISCONSIN WESTERN
  WIW 3  06-672          Ernest Crotteau v. Dynegy Corp., et al.